UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :        **MISDEMEANOR**
                                           **INFORMATION**
          -v.-                    :
                                           07 Cr. **775**
PHILLIP SMITH,                             **07 CRIM**

          Defendant.             :

------------------------------------x

COUNT ONE

The United States Attorney charges:

From at least in or about April 2006, through in or about October 2006, in the Southern District of New York and elsewhere, PHILLIP SMITH, the defendant, unlawfully, willfully, and knowingly did obstruct and retard the passage of the mail, to wit, SMITH stole at least 30 pieces of mail from the Grand Central Station Post Office where he worked as a mail processor.

(Title 18, United States Code, Section 1701.)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 7 2007

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**PHILLIP SMITH,**

**Defendant.**

**MISDEMEANOR**
**INFORMATION**

07 Cr.

(18 U.S.C. § 1701)

MICHAEL J. GARCIA
United States Attorney.